No. 871. GREGORY *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied. *Richard F. Watt* and *John M. Bowlus* for petitioner. *Elmer C. Kissane* for respondent.

No. 872. DAVIS *v.* UNITED FRUIT Co. C. A. 2d Cir. Certiorari denied. *James David Auslander* for petitioner. *William M. Kimball* for respondent.

No. 877. HUGHES *v.* GENGLER. C. A. 9th Cir. Certiorari denied. *Solicitor General Griswold* for respondent.

No. 879. HENZEL *v.* FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied. MR. JUSTICE FORTAS took no part in the consideration or decision of this petition. *Daniel A. Rezneck* for petitioner.

No. 881. DAYTON FOOD FAIR STORES, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied. *Jerome Goldman* for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli,* and *Norton J. Come* for respondent.

No. 882. REDDY *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. *Eugene X. Giroux* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Jerome M. Feit* for the United States.

No. 890. KING *v.* TENNESSEE. Sup. Ct. Tenn. Certiorari denied. *William Earl Badgett* for petitioner. *Thomas E. Fox,* Deputy Attorney General of Tennessee, and *Lance D. Evans,* Assistant Attorney General, for respondent.